Jason Flanders (Bar No. 238007)
Email: jrf@atalawgroup.com
Kenya Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
T: (916) 202-3018

Barak J. Kamelgard (Bar No. 298822)
Email: Barak@lawaterkeeper.org
Benjamin A. Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>GLOBE IRON FOUNDRY, INC., a California corporation, AND DOES 1-99,<br><br>Defendant. | Case No.: 2:24-cv-00429-JAK-MAR<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1  PLEASE TAKE NOTICE that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Stipulated Consent Judgment attached to this notice as "Exhibit 1," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Stipulated Consent Judgment for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: April 16, 2024                                    Respectfully submitted,

  /s/ Kenya S. Rothstein
Jason R. Flanders
Kenya S. Rothstein
AQUA TERRA AERIS LAW GROUP
Attorneys for Plaintiff
LOS ANGELES WATERKEEPER