1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES WATERKEEPER, a California non-profit association,

                  Plaintiff,

   v.

GLOBE IRON FOUNDRY, INC., a California corporation, AND DOES 1-99,

             Defendant.

No. 2:24-cv-00429-JAK (MARx)

**ORDER RE REQUEST FOR ENTRY OF STIPULATED CONSENT JUDGMENT (DKT. 16)**

**JS-6: CASE CLOSED**

1

1    Based on a review of the Request for Entry of Stipulated Consent Judgment

2  (the "Request" (Dkt. 16)), sufficient good cause has been shown for the requested

3  relief. Therefore, the Request is **APPROVED**, as follows:

4    Plaintiff Los Angeles Waterkeeper's claims against Defendant Globe Iron

5  Foundry, Inc. as set forth in Civil Case 2:24-cv-00429-JAK-MAR are dismissed

6  with prejudice pursuant to FRCP 41(a)(2).

7    The Court shall retain jurisdiction over this matter for purposes of dispute

8  resolution and enforcement of the Stipulated Consent Judgment (Dkt. 16-1 at 5-40),

9  which is fully executed and incorporated by reference herein. Each Party shall bear

10  its own attorneys' and expert fees and costs except as provided for in the Stipulated

11  Consent Judgment.

12

13  **IT IS SO ORDERED**.

14

15  DATED: May 20, 2024

16

17  _____

18       John A. Kronstadt
        United States District Judge

19

20

21

22

23

24

25

26

27

28